DIANE GAUTHIER *v.* TOWN OF FAIRFIELD ET AL.
(9541)

DALY, O'CONNELL and HEIMAN, Js.

Argued March 27—decision released May 14, 1991

*S. Antoinette Morton,* with whom, on the brief, was
*Derby F. Anderson,* for the appellant (plaintiff).

*Roy H. Erwin, Sr.,* with whom, on the brief, was *Roy H. Erwin, Jr.,* for the appellees (defendants).

PER CURIAM. The sole issue in this case is whether the term "owner of land" as used in General Statutes § 52-557g includes a municipality or is limited to a private land owner. In *Manning* v. *Barenz,* 24 Conn. App. 592, 590 A.2d 980 (1991), this court held that this statute applies to municipalities.

The judgment is affirmed.